

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00812-CV

**THE STATE OF TEXAS FOR THE BEST INTEREST AND PROTECTION OF S.O.**

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2013MH331307
Honorable Polly Jackson Spencer, Judge Presiding[1]

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

No costs will be assessed against appellant S.O. because he is indigent.

SIGNED August 13, 2014.

_Marialyn Barnard_
Marialyn Barnard, Justice

---

[1] David A. Berchelman Jr., former presiding judge of the 37th Judicial District Court, Bexar County, Texas, sitting as a criminal law magistrate, signed the initial forced medication order. However, a conformed order was subsequently signed by the Honorable Polly Jackson Spencer, presiding judge of Probate Court No. 1, Bexar County, Texas in response to S.O.'s request for a de novo hearing. It is this order from which the appeal is taken pursuant to S.O.'s second amended notice of appeal.